AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

William C Shaw

JUDGMENT IN A CIVIL CASE

v.

Washington State

CASE NUMBER: CV-08-381-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner's petition is DISMISSED for failure to exhaust state court remedies. See O'Sullivan v. Boerkel, 526 U.S. 838, 842-43 (1999). The Court further certifies that there is no basis upon which to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

| February 23, 2009 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |