AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Petitioner
 William C. Shaw

                                                   **JUDGMENT IN A CIVIL CASE**
                v.

Respondent
 Washington State                           CASE NUMBER: CV-08-381-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's Petition is DISMISSED without prejudice.

February 25, 2009                                       JAMES R. LARSEN
*Date*                                                              *Clerk*
                                                                 s/ Vikki Johnson
                                                                  *(By) Deputy Clerk*
                                                                Vikki Johnson